UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MIREYA AGUILO, Individually and on
behalf of all others similarly situated,

                Plaintiff,                         **ORDER**

       -against-                         18 Civ. 8850 (NSR)(JCM)

VAILS GATE CLEANERS, INC., EXIT 9,
LLC, and RICHARD MASSIMI, jointly and
severally,

                Defendants.
---------------------------------------------------------X

On March 16, 2020, Plaintiff filed a motion to conditionally certify a collective action. (Docket No. 32). Defendants are directed to file their opposition to the motion by April 17, 2020. Plaintiff's reply, if any, is due April 24, 2020.

Dated: March 17, 2020
       White Plains, New York

                                    **SO ORDERED:**

                                    _____
                                    JUDITH C. McCARTHY
                                    United States Magistrate Judge